Argued and submitted December 22, 1999, affirmed June 7, 2000

In the Matter of
Troy Sims, Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

TROY SIMS,
*Appellant.*

(9901-60100; CA A105125)

6 P3d 1109

Thomas A. Coleman argued the cause and filed the brief for appellant.

Katherine H. Waldo, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Buffum,* 166 Or App 552, 999 P2d 541 (2000).